1  THOMAS M. BRUEN (SBN 63324)
   ERIK A. REINERTSON (SBN 218031)
2  LAW OFFICES OF THOMAS M. BRUEN
3  A Professional Corporation
   1990 N. California Boulevard, Suite 620
4  Walnut Creek, CA  94596
   Telephone:     (925) 295-3131
5  Facsimile:      (925) 295-3132
6  Email:           tbruen@sbcglobal.net
                   ereinertson@sbcglobal.net
7
   JEFFREY B. SETNESS (SBN 96773)
8  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
9  2453 Grand Canal Boulevard, Second Floor
   Stockton, California   95207
10 Telephone:     (209) 477-3833
   Facsimile:      (209) 473-4818
11 E-mail:          jsetness@mayallaw.com
12
   Attorneys for Defendant FORWARD, INC.
13

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>FORWARD, INC.,<br><br>Defendant. | Case No.: 2:11-cv-00590 EFB<br><br>**STIPULATION AND ORDER GRANTING LEAVE FOR DEFENDANT FORWARD, INC. TO FILE FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; ORDER THEREON.**<br><br>[Complaint filed: March 3, 2011] |

Defendant FORWARD, INC. ("Forward"), Plaintiffs UNITED STATES OF AMERICA, and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, by and through their respective counsel, stipulate as      follows:

1

___
STIPULATION AND ORDER FOR LEAVE TO FILE
FIRST AMENDED ANSWER

1. Forward may amend its Answer to the First Amended Complaint by adding an Eighth Affirmative Defense, by correcting a mislabeled heading, and by withdrawing its demand for a jury trial. A First Amended Answer to the First Amended Complaint that includes this amendment is attached as Exhibit A.

2. Within ten (10) days of the Court's execution of the Order granting Defendant leave to amend their Answer, Defendants shall file and serve a First Amended Answer (substantially in the form of Exhibit A) to the First Amended Complaint filed against them by Plaintiffs in this action.

DATED: July 27, 2011      BENJAMIN B. WAGNER
                          United States Attorney

                           /s/ Sylvia Quast
                          SYLVIA QUAST
                          Assistant U.S. Attorney
                          Attorneys for the United States


DATED: July 27, 2011      SAN JOAQUIN VALLEY UNIFIED
                          AIR POLLUTION CONTROL DISTRICT

                           /s/ Catherine T. Redmond
                          CATHERINE T. REDMOND
                          District Counsel
                          Attorneys for the San Joaquin Valley
                          Unified Air Pollution Control District


DATED: July 27, 2011      LAW OFFICES OF THOMAS M. BRUEN
                          A Professional Corporation

                           /s/ Erik A. Reinertson
                          ERIK A. REINERTSON
                          Attorneys for Forward, Inc.

STIPULATION AND ORDER FOR LEAVE TO FILE
FIRST AMENDED ANSWER

**ORDER**

Pursuant to stipulation of the Parties, and good cause appearing:

It is ORDERED that:

Defendant FORWARD, INC. shall file a First Amended Answer to the First Amended Complaint within fourteen (14) days of this Order.

IT IS SO ORDERED.

Date:   July 28, 2011.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR LEAVE TO FILE
FIRST AMENDED ANSWER