1 | BENJAMIN B. WAGNER
United States Attorney
2 | SYLVIA QUAST
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2740
Facsimile: (916) 554-2900
5
Attorneys for the United States of America
6
7 | IN THE UNITED STATES DISTRICT COURT
8 | EASTERN DISTRICT OF CALIFORNIA
9
10 | UNITED STATES OF AMERICA, and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,

Plaintiffs,

v.

FORWARD, INC.,

Defendant.

Case No. 2:11-CV-00590-EFB

**STIPULATION TO AMEND PRETRIAL SCHEDULING CONFERENCE ORDER AND ORDER**

17   WHEREAS on August 12, 2011, the Court filed a Status (Pretrial Scheduling) Order ("Order" at

18 Document # 20) establishing a schedule for this action;

19   WHEREAS the parties to this action have arrived at a tentative agreement to settle this action but

20 require time to finalize the language of the proposed consent decree to be submitted to the Court as soon

21 as all necessary approvals have been obtained;

22   WHEREAS the parties have agreed to suspend all pending discovery, including all noticed

23 depositions, the noticed site inspection, and responses to all pending written discovery;

24   WHEREAS the parties believe that a continuance of approximately one month of each of the

25 discovery and law and motion dates in the Order would facilitate finalizing their tentative agreement;

26   NOW THEREFORE the parties jointly request that the Court amend the Order as follows:

27   1. The parties may conduct fact discovery until April 2, 2012, and may conduct expert discovery

28      until July 23, 2012. Motions to compel fact discovery must be heard not later than February 29,

Stipulation To Amend Scheduling Order

1

1 | 2012, and motions to compel expert discovery must be heard not later than July 11, 2012.

2. The parties shall make their expert disclosures pursuant to the following schedule: initial expert disclosures shall be made on or before May 14, 2012; rebuttal expert disclosures shall be made on or before June 13, 2012.

3. All pretrial motions, except motions to compel discovery, shall be completed as described herein on or before September 19, 2012.

DATED: February 8, 2012     BENJAMIN B. WAGNER
                            United States Attorney

                             */s/ Sylvia Quast*
                            SYLVIA QUAST
                            Assistant U.S. Attorney
                            Attorneys for the Plaintiff United States of America

DATED: February 8, 2012     SAN JOAQUIN VALLEY UNIFIED
                            AIR POLLUTION CONTROL DISTRICT

                             */s/ Catherine T. Redmond*
                            Catherine T. Redmond
                            District Counsel
                            Attorneys for Plaintiff San Joaquin Valley
                            Unified Air Pollution Control District

DATED: February 8, 2012     LAW OFFICES OF THOMAS M. BRUEN
                            A Professional Corporation

                             */s/ Thomas M. Bruen*
                            THOMAS M. BRUEN
                            Attorneys for Defendant Forward, Inc.

**ORDER**

In light of the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the August 12, 2011 Status (Pretrial Scheduling) Order is modified as follows:[1]

1. Fact discovery shall be completed by April 2, 2012 and expert discovery shall be completed by July 23, 2012.[2]

2. Motions to compel fact discovery must be heard not later than February 29, 2012, and motions to compel expert discovery must be heard not later than July 11, 2012.

3. The parties are to designate in writing, and serve upon all other parties, the names of all experts they propose to tender at trial pursuant to the following schedule: initial expert disclosures shall be made on or before May 14, 2012; rebuttal expert disclosures shall be made on or before June 13, 2012.

4. All law and motion, except as to discovery, shall be completed by September 19, 2012.[3]

Dated: February 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the parties' stipulation, the Rule 16 good cause standard is not addressed herein.

[2] As provided in the August 12 scheduling order, the word "completed" in this context means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

[3] As provided in the August 12 scheduling order, the word "completed" in this context means that all law and motion matters must be heard by the above date.