BENJAMIN B. WAGNER
United States Attorney
SYLVIA QUAST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740
Facsimile:   (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>              Plaintiffs,<br><br>      v.<br><br>FORWARD, INC.,<br><br>              Defendant. | Case No. 2:11-CV-00590-EFB<br><br>**STIPULATION FOR LEAVE OF COURT TO FILE  SECOND AMENDED COMPLAINT AND ORDER** |

   WHEREAS during the course of discovery, the Plaintiffs learned of facts that they believe form the basis for violations beyond those alleged in the First Amended Complaint on file with the Court (Docket # 6);

   WHEREAS the Plaintiffs have prepared a proposed Second Amended Complaint, attached hereto as Exhibit A, which encompasses the recently discovered alleged violations;

   WHEREAS the parties to this action have now arrived at a settlement of this action that is embodied in the Proposed Consent Decree filed today and that by its terms encompasses the alleged violations in the proposed Second Amended Complaint as well as those already included in the First Amended Complaint;

//

//

Stipulation To File Second Amended Complaint

1

NOW THEREFORE the parties jointly request that the Court grant leave to the Plaintiffs to file the proposed Second Amended Complaint.

DATED: March 29, 2012        BENJAMIN B. WAGNER
                             United States Attorney

                              */s/ Sylvia Quast*
                             SYLVIA QUAST
                             Assistant U.S. Attorney
                             Attorneys for Plaintiff United States of America


DATED: March 29, 2012        SAN JOAQUIN VALLEY UNIFIED
                             AIR POLLUTION CONTROL DISTRICT

                              */s/ Catherine T. Redmond*
                             Catherine T. Redmond
                             District Counsel
                             Attorneys for Plaintiff San Joaquin Valley
                             Unified Air Pollution Control District


DATED: March 29, 2012        LAW OFFICES OF THOMAS M. BRUEN
                             A Professional Corporation

                              */s/ Thomas M. Bruen*
                             THOMAS M. BRUEN
                             Attorneys for Defendant Forward, Inc.


### ORDER

In light of the foregoing stipulation, leave to file the Second Amended Complaint attached as Exhibit A to the stipulation, is hereby granted.

IT IS SO ORDERED.

DATED: March 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation To File Second Amended Complaint

2