BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FORWARD, INC.,<br><br>Defendant. | Case No. 2:11-cv-00590 EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TERMINATING CONSENT DECREE** |

The United States, on behalf of the United States Environmental Protection Agency ("EPA"), and San Joaquin Valley Unified Air Pollution Control District ("District") (collectively "Plaintiffs"), and Defendant Forward, Inc. ("Forward"), by and through their respective undersigned attorneys of record, stipulate as follows:

WHEREAS, on March 2, 2011, the United States filed a Complaint, as amended by a Second Amended Complaint on March 30, 2012, in this action against Forward. The operative complaint sought civil penalties and injunctive relief for alleged violations of the Clean Air Act, 42 U.S.C. §§ 7401 *et seq.*, and regulations promulgated thereunder, and of the California Health and Safety Code, §§ 39000 *et seq.*, at Forward Landfill ("Landfill"), a municipal solid waste landfill owned and operated by Forward.

WHEREAS, the parties stipulated to entry of a Consent Decree, embodying a settlement reached by the parties, which was approved and entered by the Court on May 2, 2012;

Stipulation and Order Terminating Consent Decree     1

1   WHEREAS, the Consent Decree required Forward to, *inter alia*, make construction
2   improvements and take certain operational measures and other actions intended to reduce the
3   potential for subsurface combustion at the Landfill, replace 19 diesel trucks in the Stockton and
4   Fresno areas with lower-emission trucks, and pay civil penalties of $200,000.

5   WHEREAS, paragraph 68 of the Consent Decree provides that:

6   This Consent Decree, including all remaining obligations under this Consent
    Decree, shall terminate on July 1, 2014, provided that Defendant has certified to
7   the EPA and the District that it has fulfilled all obligations of this Decree, and that
    EPA, after consultation with the District, has accepted Defendant's certification
8   and agrees that termination of the remaining obligations is appropriate under the
    terms of the Consent Decree. The Parties shall file with the Court an appropriate
9   stipulation reciting that the requirements of the Consent Decree have been met
10  and notifying the Court of the termination of the Decree.

11  WHEREAS, Forward has certified to the EPA and the District that Forward has fulfilled all
12  obligations of the Consent Decree;

13  WHEREAS, EPA, after consultation with the District, has accepted Forward's certification
14  that it has fulfilled all of the obligations of the Consent Decree, and agrees that termination of the
15  Consent Decree is appropriate pursuant to paragraph 68 of the Consent Decree;

16  WHEREAS, the parties jointly stipulate that the requirements of the Consent Decree have
17  been met by Forward;

18  NOW THEREFORE, the parties jointly request that the Consent Decree be terminated
19  effective as of July 1, 2014.

20  DATED: August 29, 2014                    BENJAMIN B. WAGNER
                                              United States Attorney
21
                                               /s/ Gregory T. Broderick
22                                            GREGORY T. BRODERICK
23                                            Assistant U.S. Attorney
                                              Attorneys for the Plaintiff United States of America
24

25  OF COUNSEL:
    BRIAN P. RIEDEL
26  Assistant Regional Counsel
    United States Environmental Protection Agency, Region 9
27  75 Hawthorne Street
    San Francisco, CA 94105
28

Stipulation and Order Terminating Consent Decree     2

DATED: August 28, 2014         SAN JOAQUIN VALLEY UNIFIED
                               AIR POLLUTION CONTROL DISTRICT

                                */s/ Annette Ballatore-Williamson* (auth. 8/28/14)
                               Annette Ballatore-Williamson
                               District Counsel
                               Attorneys for the Plaintiff San Joaquin Valley
                               Unified Air Pollution Control District


DATED:  August 28, 2014        LAW OFFICES OF THOMAS M. BRUEN
                               A Professional Corporation

                                */s/ Thomas M. Bruen* (auth. 8/28/14)
                               THOMAS M. BRUEN
                               Attorneys for Defendant Forward, Inc.


## **ORDER**

Based on the foregoing stipulation of the parties and good cause appearing therefor,

IT IS SO ORDERED that the Consent Decree entered in this action on May 2, 2012, is hereby terminated in accordance with its terms, effective as of July 1, 2014.

DATED:   September 2, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Terminating Consent Decree     3